NICE SYSTEMS LTD., NICE Systems Inc., Plaintiffs-Appellants

v.

CLICKFOX INC., Defendant-Appellee

2017-1041

United States Court of Appeals, Federal Circuit.

October 11, 2017

GREGORY H. LANTIER, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for plaintiffs-appellants. Also represented by CLAIRE HYUNGYO CHUNG; S. CALVIN WALDEN, New York, NY; DAVID A. LOEWENSTEIN, CLYDE SHUMAN, GUY YONAY, Pearl Cohen Zedek Latzer LLP, New York, NY.

DOUGLAS SALYERS, Troutman Sanders LLP, Atlanta, GA, argued for defendant-appellee. Also represented by PUJA PATEL LEA, DUSTIN B. WEEKS; ANUP M. SHAH, Charlotte, NC.

(Dyk, Reyna, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**